## GARRISON v. JOHNSTON.

Circuit Court of Appeals, Ninth Circuit.
June 22, 1942.

Orville Chester Garrison, in pro per.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

The application for leave to appeal in forma pauperis is denied. The trial court has certified that the appeal is frivolous and not taken in good faith and under the provisions of 28 U.S.C.A. § 832 and our decisions in De Groot v. United States, 9 Cir., 88 F.2d 624, and Waley v. Johnston, 9 Cir., 104 F.2d 760, the application is denied.